**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:   November 2, 2021 |
| Court Reporter:      Tammy Hoffschildt | |

**CASE NO.   20-cv-01083-RM-KMT**

| Parties | Counsel |
|---|---|
| BRIAN M. CUTTER,<br>WENDY CUTTER, and<br>AMERICAN CUSTOM ENGINEERING, L.L.C., | Daniel Powell<br>Gordon Bosa |
| Plaintiffs, | |
| v. | |
| PLAZA INSURANCE COMPANY, | Joseph Sanchez |
| Defendant. | |

**COURTROOM MINUTES**

**JURY TRIAL – Day 2**
**Court in session:**          8:46 a.m.    Jury is present.

Present at Plaintiff's table is Brian Cutter.

Preliminary remarks made by the Court.

8:48 a.m.    Plaintiffs' witness, Jeffrey E. Nehls, M.A., is sworn.
             The Court instructs the witness regarding mask protocols while testifying.

8:49 a.m.    Direct examination of Jeffrey E. Nehls, M.A., by Mr. Powell.
             The witness is offered and accepted as an expert in the field of economics.
             Exhibits used:       Plaintiffs' Exhibits 26, 23.

9:10 a.m.    Cross-examination of Jeffrey E. Nehls, M.A., by Mr. Sanchez.
             Exhibits used:       Plaintiffs' Exhibit 24.

9:18 a.m.    Jeffrey E. Nehls, M.A., is questioned by the Court.

| | |
|---|---|
| 9:20 a.m. | Further cross-examination of Jeffrey E. Nehls, M.A., by Mr. Sanchez. |
| 9:24 a.m. | Redirect examination of Jeffrey E. Nehls, M.A., by Mr. Powell. |
| 9:28 a.m. | Witness is excused. |

**9:30 a.m.     Jury is excused.**

**Court in recess:     9:30 a.m.**
**Court in session:   9:41 a.m.**

| | |
|---|---|
| 9:43 a.m. | Plaintiffs' witness, Luis Rizzo, appearing by video teleconference (VTC), is sworn and examined by Mr. Powell.<br>Exhibits used:     Defendant's Exhibits A-3, A-9; Plaintiffs' Exhibit 42. |
| 10:00 a.m. | Cross-examination of Luis Rizzo by Mr. Sanchez.<br>Exhibits used:     Defendant's Exhibits A-2, A-3, A-10, A-9; Plaintiffs' Exhibits 28, 29, 31. |

**10:30 a.m.     Jury is excused.**

Discussion held regarding scheduling of witnesses.

**Court in recess:     10:32 a.m.**
**Court in session:   10:48 a.m.   Jury is not present.**

**10:49 a.m.     Jury is present.**

Redirect examination of Luis Rizzo by Mr. Powell.
Exhibits used:     Defendant's Exhibits A-2, A-3, A-10; Plaintiffs' Exhibits 28, 29.

| | |
|---|---|
| 11:05 a.m. | Witness is excused. |

**11:06 a.m.     Jury is excused.**

**Court in recess:     11:07 a.m.**
**Court in session:   11:09 a.m.   Jury is not present.**

**11:11 a.m.     Jury is present.**

| | |
|---|---|
| 11:12 a.m. | Plaintiffs' witness, Brittany Banks, appearing by VTC, is sworn and examined by Mr. Powell.<br>Exhibits used:     Defendant's Exhibits A-3. |
| 11:28 a.m. | Cross-examination of Brittany Banks by Mr. Sanchez.<br>Exhibits used:     Plaintiffs' Exhibits 42, 35, 36, 37, 38, 43, 44, 39; |

|  |  |
|---|---|
|  | Defendant's Exhibits A-7, A-8. |
| 11:46 a.m. | Redirect examination of Brittany Banks by Mr. Powell.<br>Exhibits used:    Defendant's Exhibits A-6, A-5; Plaintiffs' Exhibit 36. |
| 11:55 a.m. | Witness is excused. |

Discussion held at the bench regarding scheduling matters.

**11:57 a.m.    In open court, the jury is excused.**

**Court in recess:    11:58 a.m.**
**Court in session:   12:02 p.m.   Jury is not present.**

Charging conference held.

**Court in recess:    12:10 p.m.**
**Court in session:   1:29 p.m.   Jury is not present.**

Discussion held regarding jury instructions and testimony of witnesses.

**1:34 p.m.    Jury is present.**

| | |
|---|---|
| 1:35 p.m. | Plaintiffs' witness, Kyle Jacobson, is sworn.<br>The Court instructs the witness regarding mask protocols while testifying. |
| 1:36 p.m. | Direct examination of Kyle Jacobson by Mr. Powell.<br>Exhibits used:    Defendant's Exhibit A-8; Plaintiffs' Exhibit 23. |
| 1:59 p.m. | Cross-examination of Kyle Jacobson by Mr. Sanchez.<br>The witness is offered and accepted over objection as an expert in analysis and calculation of lost business revenue.<br>Exhibits used:    Defendant's Exhibit A-8, A-12; Plaintiffs' Exhibit 24. |
| 2:20 p.m. | Redirect examination of Kyle Jacobson by Mr. Powell. |
| 2:29 p.m. | Witness is excused. |

Plaintiffs rest.

| | |
|---|---|
| 2:30 p.m. | Defendant rests.   Both sides rest. |

**2:31 p.m.    Jury is excused.**

**Court in recess:    2:32 p.m.**
**Court in session:   2:45 p.m.   Jury is not present.**

**2:47 p.m.**     **Jury is present.**

2:48 p.m.     Closing argument given by Mr. Powell.

3:05 p.m.     Closing argument given by Mr. Sanchez.

3:31 p.m.     Rebuttal argument given by Mr. Powell.

3:35 p.m.     The Court instructs the jury.

4:05 p.m.     Court Security Officer is sworn.

**4:10 p.m.**     **Jury is excused until 9:00 a.m. on November 3, 2021.**

**ORDERED:**   Lunch will be provided to the jury during their deliberations.

Discussion held regarding review of exhibits, when to return to court tomorrow if no verdict has been reached, and providing the admitted exhibits in electronic format to the jury.

**Court in recess:**     4:16 p.m.
**Total in court time:**     5:25
**Hearing concluded**