## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt | Date:   November 3, 2021 |

**CASE NO.   20-cv-01083-RM-KMT**

| Parties | Counsel |
|---|---|
| BRIAN M. CUTTER,<br>WENDY CUTTER, and<br>AMERICAN CUSTOM ENGINEERING, L.L.C., | Daniel Powell<br>Gordon Bosa |
|          Plaintiffs, | |
| v. | |
| PLAZA INSURANCE COMPANY, | Joseph Sanchez |
|          Defendant. | |

## COURTROOM MINUTES

**JURY TRIAL – Day 3**
**Court in session:**          9:56 a.m.   Jury is not present.

Present at Plaintiff's table is Brian Cutter.

The Court advises the parties that the jury has a question.   The Court reads the question and proposed answer.   Discussion held regarding the proposed answer.

The answer is provided to the jury.

**Court in recess:     10:02 a.m.**
**Court in session:    1:36 p.m.    Jury is not present.**

The Court advises the parties that the jury has reached a verdict.

**1:38 p.m.     Jury is present.**

The verdict form is given to the Court.

The Court thanks the jurors for their service and reads the verdict into the record.

**1:42 p.m.     Jury is excused.**

**ORDERED:**  The verdict shall be filed.

Judgment will enter after the filing of a bill of costs by the plaintiffs.

**Court in recess:**          1:44 p.m.
**Total in court time:**      00:14
**Hearing concluded**